**Order entered July 8, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00611-CV

**PANDA POWER GENERATION INFRASTRUCTURE FUND, LLC, D/B/A/ PANDA POWER FUNDS, ET AL., Appellants**

**V.**

**ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC., Appellee**

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. CV-16-0401**

### ORDER
### Before the Court En Banc

Before the Court is appellants' unopposed motion to lift abatement. Appellants' motion is **GRANTED,** and the case is **REINSTATED** to the Court's active docket.

The Court has determined to consider this case en banc and to request rebriefing. Appellants shall file an amended appellants' brief by **August 12, 2021**. Appellee shall file its amended appellee's brief by **September 14, 2021**. Oral

argument before the Court en banc will be on **Thursday, October 21, 2021** at 1:00

p.m. in the Merrill Hartman Courtroom.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE